Order issued November 6 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-01174-CV

**BRENT W. WALKER, D.O., AND J. KEVIN GRAY, Appellants**

**V.**

**TOWN NORTH BANK, N.A., Appellee**

## ORDER

The Motion for Rehearing and the Motion for Rehearing En Banc filed by appellant is hereby DENIED.

DOUGLAS S. LANG
JUSTICE